IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ALVIN COOPER, | ) |
| | ) Case No. 4:07CV00032 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| R.V. WORSHAM, *et al.*, | ) |
| | ) By: Jackson L. Kiser |
| Defendants. | ) Senior United States District Judge |

Before me are 1) Defendants' Motion to Dismiss the claims under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, 2) Defendants' Motion to Quash Plaintiff's Motion for a More Definite Statement, and 3) Defendants' Motion to Stay Discovery. For the reasons stated in the accompanying Memorandum, the Motion to Dismiss is hereby **GRANTED** with regard to the City of Danville, and **GRANTED in part** and **DENIED in part** with respect to officers R.V. Worsham, H.S. Wyatt, and J.W. Riggins. Further, Defendants' Motion to Quash and Motion to Stay Discovery are hereby **GRANTED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 19th day of November, 2007.

                                                                                 s/Jackson L. Kiser
                                                                                 Senior United States District Judge

1