IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ALVIN COOPER, ) | |
| ) | Case No. 4:07CV00032 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| R.V. WORSHAM, *et al.*, ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |

The matters before the court are 1) Plaintiff's First Motion in Limine [99] to exclude Officer Worsham's statement, 2) Plaintiff's Second Motion in Limine [99] to exclude Cooper's 2001 Conviction for Cocaine Distribution, 3) Plaintiff's Third Motion in Limine [105] to exclude the testimony of Defense Expert Mark D. Gilbert.

Plaintiff's First Motion in Limine [99] is hereby **GRANTED**, for the reasons stated in the record.

Plaintiff's Second Motion in Limine [99] is hereby **DENIED**, for the reasons stated in the record.

Plaintiff's Third Motion in Limine [105] is hereby **GRANTED**, for the reasons stated in the record.

The Clerk is directed to send a copy of this Order to all counsel of record and Pro Se Plaintiff.

Entered this 29th day of September, 2008.

s/Jackson L. Kiser<br>
Senior United States District Judge

1